IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM M. DANIELS JR.,              :
                                     :
        Petitioner                   :
                                     :
    v.                               :   CIVIL NO. 3:CV-14-2383
                                     :
DAVID PITKINS, ET AL.,               :   (Judge Conaboy)
                                     :
        Respondent                   :

## ORDER

AND NOW THIS 19th DAY OF AUGUST, 2015, in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED THAT:

1. Defendant Maria Leahy's motion to dismiss (Doc. 10) the Complaint **is GRANTED** IN PART.
2. Dismissal is granted in favor of Defendant Leahy with exception of the claim that she failed to protect Plaintiff from unconstitutional conditions of confinement.

RICHARD P. CONABOY
United States District Judge

1